UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NUMBER 11-0169 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| DEMOND ALEXANDER REID | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 28] filed by Defendant Demond Alexander Reid is hereby **DENIED**.

MONROE, LOUISIANA, this 20th day of December, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE