RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 2/23/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 11-0169 |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| DEMOND ALEXANDER REID | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion to suppress [doc. # 28] filed by defendant Demond Alexander Reid is hereby **DENIED**.

THUS DONE AND SIGNED this 22 day of February 2011, Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE